# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: 17-1037 Ian Curran Lyons v. The Johns Hopkins Hospital

I, William Treanor, Dean of Georgetown University Law Center, a law school approved by the American Bar Association, do hereby certify that

Hali Kerr
*Name of student*

whose signature appears hereon, is a duly enrolled student of good character and competent legal ability who, having completed legal studies equivalent to at least four semesters, is adequately trained to practice under the rules of the court.

*Signature of Dean*    Date: 3/8/2017

### STATEMENT OF LAW STUDENT

Appeal No. & Caption: 17-1037 Ian Curran Lyons v. The Johns Hopkins Hospital

I Hali Kerr, hereby state that I have read and am familiar with the Code of Professional Responsibility or Rules of Professional Conduct in force in the state in which my law school is located. I further state, in accordance with Local Rule 46(a), that I will neither ask for nor receive compensation or remuneration from the person on whose behalf I am rendering services. My email address, to be used for electronic service in this case, is: hck27@georgetown.edu.

*Signature of Student*    Date: 2/14/17

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: 17-1037 Ian Curran Lyons v. The Johns Hopkins Hospital

I agree to work with **Hali Kerr** (Name of student) as supervising attorney in the above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_Signature of Supervising Attorney_    Date: 02/16/2017

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: 17-1037 Ian Curran Lyons v. The Johns Hopkins Hospital

I agree to be represented on appeal in the United States Court of Appeals for the Fourth Circuit by:

**Hali Kerr** (Name of law student), a third-year law student who has been certified by the Dean of **Georgetown University Law Center** (Name of law school) as qualified to practice before the United States Court of Appeals for the Fourth Circuit under the rules of the court.

I understand that **Wyatt G. Sassman** (Name of supervising attorney), a member of the Fourth Circuit bar, will supervise the work of the law student on my behalf.

_Signature of Party_    Date: 4/17/17